## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Lightsey, | CV 07-444-PHX-ROS (JM) |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Timothy Peltier, et al., | |
| Defendants. | |

In accordance with 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice of the United States District Court for the District of Arizona, this case was referred to the Magistrate Judge for all pretrial proceedings and report and recommendation. Pending before the Court is Defendants' Motion for Summary Judgment [Docket No. 14]. For the reasons explained below, the Magistrate Judge recommends that the District Court, after independent review of the record, grant the pending motion.

Defendant Timothy Peltier has filed a Motion for Summary Judgment (Docket No. 14) pursuant to Rule 56 of the Federal Rules of Civil Procedure. By Order dated November 5, 2007, Plaintiff was ordered to respond to the summary judgment motion by December 15, 2007 (Docket No. 16). In the same order, Plaintiff was warned that the Court, in its discretion, could treat his failure to respond to Defendants' Motion for Summary Judgment as a consent to the granting of that Motion without further notice, and that judgment may be entered dismissing this action with prejudice pursuant to Rule 7.2(i) of the Local Rules of Civil Procedure. *See Brydges v. Lewis*, 18 F.3d 651 (9th Cir. 1994) (*per curiam*). As of the date of this report, Plaintiff has not filed a response to the motion.

**Accordingly,**

The Magistrate Judge **RECOMMENDS** that the District Court, after its independent review, issue an Order **granting** Defendant's Motion for Summary Judgment [Docket No. 14] and **dismissing** this action.

This Recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the District Court's judgment.

However, the parties shall have ten (10) days from the date of service of a copy of this recommendation within which to file specific written objections with the District Court. *See* 28 U.S.C. § 636(b)(1) and Rules 72(b), 6(a) and 6(e) of the Federal Rules of Civil Procedure. Thereafter, the parties have ten (10) days within which to file a response to the objections. If any objections are filed, this action should be designated case number: **CV 07-444-PHX-ROS**. Failure to timely file objections to any factual or legal determination of the Magistrate Judge may be considered a waiver of a party's right to *de novo* consideration of the issues. *See United States v. Reyna-Tapia* 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*).

**DATED this 11th day of January, 2008.**

Jacqueline Marshall
United States Magistrate Judge